

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| MAX GROSSMAN/CITY OF EL PASO, | § | No. 08-19-00272-CV |
| Appellant/Cross-Appellee, | § | Appeal from the |
| | § | 384th District Court |
| v. | § | of El Paso County, Texas |
| CITY OF EL PASO/MAX GROSSMAN, | § | (TC# 2017-DCV2528) |
| Appellee/Cross-Appellant. | § | |
| | § | |

**O R D E R**

The Court on its own motion VACATES the May 7, 2020 submission and oral argument setting for the above styled and numbered cause.

Further, please take notice that the above captioned cause has been set for submission with oral argument for **April 23, 2020**, at **10:15 AM through the Eighth Court of Appeals' ZOOM license. Counsel are instructed <u>not</u> to appear at the Court's physical address.**

Counsel will receive a separate email that will contain a
" https://txcourts.zoom.us/j/xxxxxxx" address for the argument. Regarding ZOOM oral arguments, Counsel are admonished as follows:

1.  You will need a computer, laptop, or other device with a camera and microphone. You will also need access to the internet.

2.  The link to Zoom is only for lead counsel of record. You are instructed **<u>not</u>** to share that link with any other person. The argument itself, however, will be live streamed to the Court's YouTube channel for the benefit of co-counsel, clients, and the public (https://www.youtube.com/channel/UCvCKJI6GVQMi5b-JG2s8UIQ/featured).

3.  Just as you would not surreptitiously record an oral argument if it was made in-person in our courtroom, you are instructed not to record the argument on your device. The Court will record the argument as per its usual practice.

1

4.    We appreciate the need of counsel to appear remotely, and possibly from your personal residence.  To eliminate feedback and background noise, we admonish counsel to turn off other electronic devices (i.e. televisions, radios, cell phones) and to isolate yourself from other household noises.

5.    We also encourage counsel to familiarize yourself with the ZOOM platform before the argument.  In that regard, the Court may send you a link to a separate ZOOM session a few days prior to the argument to verify your connectivity and equipment.

If the case is settled or will not be argued for any reason, the clerk shall be notified at once so that the court can maintain a full docket of cases to be argued. Any motion to vacate should be filed within 10 days of this notice.

**ARGUMENTS ARE LIMITED TO TWENTY MINUTES TO APPELLANT MAX GROSSMAN, 20 MINUTES TO APPELLANT THE CITY OF EL PASO,  WITH TEN  MINUTES  REBUTTAL  TO EACH APPELLANT. LEAVE  OF  COURT MUST BE OBTAINED FOR ADDITIONAL TIME.**

The above case is scheduled to be heard before Chief Justice Alley, Justice Rodriguez and Justice Palafox.  **Panel is subject to change.**

**PLEASE  ACKNOWLEDGE  RECEIPT  OF  THIS  SUBMISSION NOTICE** by **clicking the link below and completing the Oral Argument Acknowledgement Form. Once the form has been completed the same must be filed with this Court through the approved electronic filing system. http://www.txcourts.gov/media/1165758/oa_ackform.pdf**

IT IS SO ORDERED this 2nd day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.